# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| **Lamanuel Wynn,** | JUDGMENT IN CASE |
| Petitioner(s), | 3:17-cv-00504-MOC |
| vs. | 3:16-cr-00074-3-MOC-DSC |
| **USA,** | |
| Respondent(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2020 Order.

April 15, 2020

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court